IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED - CLERK
U.S. DISTRICT COURT
'03 AUG 20 PM 3 55
TX EASTERN-BEAUMONT

BY M Perez

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:03-CR- 170 |
| | * | |
| CESAR CALDERON | * | Judge Cobb |

04-M00081-LPC

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

On or about August 6, 2003, in the Eastern District of Texas, **CESAR CALDERON**, Defendant herein, did knowingly and intentionally possess with intent to distribute a cocaine mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in an amount of 5 kilograms or more, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

_____
JENNIFER B. LOWERY
ASSISTANT U.S. ATTORNEY

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U S DISTRICT COURT
EASTERN DISTRICT TEXAS
BY M Perez

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Eastern District of Texas
### Beaumont Division

UNITED STATES OF AMERICA

v.

CESAR CALDERON
4211 Sherwood Lane Apt 66; Houston, TX 77092

**WARRANT FOR ARREST**

Case Number 1:03cr170

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, **CESAR CALDERON**, and bring him or her forthwith to the nearest magistrate to answer a(n)

**INDICTMENT**

charging him or her with (brief description of offense)

Possession w/intent to distribute a controlled substance, cocaine

in violation of Title(s) 21 United States Code, Section(s) 841(a)(1).

**DAVID J. MALAND**
Name of Issuing Officer

M Perez
Signature of Issuing Officer
(Deputy Clerk)

**CLERK OF COURT**
Title of Issuing Officer

AUG 2 1 2003    Beaumont, TX
Date and Location

Bail fixed at $ _____     by _____
                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. |
| | ) |
| CESAR CALDERON, | ) |
| a/k/a "LOUIS LONGO" | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Donald Freeman, Deputy U.S. Marshal, do hereby make oath before the Honorable Lawrence P. Cohen, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one CESAR CALDERON on an indictment filed in the United States District Court for the Eastern District of Texas charging the defendant with possession with intent to distribute five kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1); and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
DONALD FREEMAN
Deputy U.S. Marshal

Subscribed and sworn to before me this 1st day of December, 2004.

_____
LAWRENCE P. COHEN
United States Magistrate Judge