**AO 94 (Revised 12/03)**

# COMMITMENT TO ANOTHER DISTRICT
### (Rule 5(c), Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT<br>District of Massachusetts |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**CESAR CALDERON** | DOCKET NO.<br>District of Arrest<br><br>District of Offense          03-CR-170 |
| | MAGISTRATE JUDGE CASE NO.<br>District of Arrest          04-M00081-LPC<br><br>District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ indictment      ☐ information      ☐ complaint      ☐ Other (specify)

**charging a violation of**      21      **U.S.C. §**  841(a)(1)

| DISTRICT OF OFFENSE<br>Eastern District of Texas | DATE OF OFFENSE<br>August 6, 2003 |
|---|---|

**DESCRIPTION OF CHARGES:**

Possession of 5 kilograms or more of cocaine with intent to distribute

**CURRENT BOND STATUS:**

☐ Bail Fixed at                              and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel      ☒ Federal Defender Organization      ☐ CJA Attorney      ☐ None

**Interpreter Required?**      ☒ No      ☐ Yes      Language:

**MASSACHUSETTS**

## TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 1, 2004
**Date**

_(signature)_
**United States Judge or Magistrate Judge**

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

**\*\*\*  See Comments on Reverse Side of this Form AO 94**

## COMMENTS

On the occasion of his initial appearance, the government moved for detention on the grounds of risk of flight and danger to the community.  The defendant waived an identity hearing and removal proceedings, and requested that his detention heariing be held in the Eastern District of Texas.